UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SDNY RECEIVED PRO SE OFFICE
2020 MAR 12 PM 4: 37

_Yvonne Frost_

Write the full name of each plaintiff.

20 CV 2269

(Include case number if one has been assigned)

-against-

_World Trade Center_
_N.Y.P.D_
_City of New York (HRA)_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Abuse of Power

DiFFEReNT TReATmenT

_____

_____

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*Yvonne*                          *Frost*
First Name                 Middle Initial        Last Name

*40   Ann   Street*
Street Address

*New   York*              *NY*              *10038*
County, City                        State            Zip Code

_____        *Yvonne.Frost1@aol.com*
Telephone Number                    Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     *WORLD     TRADE     CENTER*
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
*NEW   YORK              NY            10007*
County, City                State                Zip Code

Defendant 2:     *CITY   OF   NEW   YORK    (HRA)*
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
*NEW   YORK              NY            10007*
County, City                State                Zip Code

Defendant 3:     *N. Y. P. D*
_____
First Name                          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)
*NEW   YORK              NY            10007*
County, City                State                Zip Code

Page 4

Defendant 4: _____
              First Name              Last Name

              _____
              Current Job Title (or other identifying information)

              _____
              Current Work Address (or other address where defendant may be served)

              _____
              County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ New York City _____

Date(s) of occurrence: _____ 03/12/20 _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The defendants are constantly wearing me out with their acts of theft. I am holding them accountable for wasting my time. I could spend precious time doing something more valuable than running to court to file orders.

After I left here some time a little later I was standing by a turnstyle to get a swipe in from a departing customer. I was in the Fulton Center on the down-town side. It was on the 4,5 line upper level that a theft incident occured.

A red flag was raised when a customer who gave me a swipe in decided to hang around and have a long Godly (PART) conversation with me.

Surveillance would show I did not fetch my trolley cart from the outside.

After sometime the man made his move by placing his hand of theft on my cart. At that moment he broke one of the twins. I heard via vision after "one of the twin died."

After I took the cart from the man's grip he pointed for me to come back to the turnstyle to finish conversating.

By monitoring my travel outlets the defendants →

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Pain and Suffering. Shock. Mental stress. Headaches. Emotional and psychological distress. Swollen ankles. Fatigue. Decreasing vision, hearing, memory. Immobilization. Block paths. Discomfort in chest.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to order the defendants restore all they have swindled back to me and compensate me for wrongful action, pain and suffering.

FACT 2

are plotting around it. This was the exact thing done here after monitoring my outlets. I heard a two way conversation by phone in process. One person said to the other "You know Fulton is the place for the holidays."

This was after giving/saying there "What you up too greeting and I know what am doing". The man continued his phone conversation by saying "the trolley is very hot and its belly getting bigger". The man had very dirty hands.

I went over to the Oculus and had to hurriedly leave after noticing multiple acts of theft by phone all around me. A few of those were heavy. About 2:10pm after coming up from behind me look at the two employees act who then got on the Down escalator from upper balcony.

An NYPD officer came after me with revenge. I heard him say "It was his friend who was taken away, don't tell him nothing." This officer came from behind me. I know he took a lot of money with his device. I saw someone was showing him the best way to get the most money on how to finacially operate it better. It was at the Oculus and the time about 2:00pm.

This drama would only come to an end or clear up when I am in my house. Presently is free for all.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 03/12/20 | Yvonne Frost |
|---|---|
| Dated | Plaintiff's Signature |

| Yvonne | | Frost |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 40  Ann  Street | | |
|---|---|---|
| Street Address | | |

| New York | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

| | Yvonne.Frost1@aol.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.